**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GUSTAVO ADOLFO MARQUEZ FREITEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1766-G** |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

On July 13, 2026, Petitioner Gustavo Adolfo Marquez Freitez filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On September 1, 2026, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 14) recommending that the Petition be granted as to Petitioner's claim for violation of the Immigration and Nationality Act ("INA"). *See id.* at 4-10; *see also Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026). In the R. & R., Judge Stephens advised the parties of their right to object to the R. & R. by September 9, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 14) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED as to Petitioner's claim for relief based upon a violation of the INA.

IT IS THEREFORE ORDERED:

1. Respondents are ORDERED to, within seven (7) days of the date of this Order, either provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) or release Petitioner into the United States.

2. Petitioner's remaining claims for relief are DISMISSED without prejudice; and

3. Petitioner's Motions (Doc. Nos. 3, 4, 5, 15, 16) are DENIED AS MOOT.

4. Respondents shall file a declaration with the Court pursuant to 28 U.S.C. § 1746 within ten (10) days of the date of this Order affirming either that a bond hearing was conducted or that Petitioner was released from detention into the United States.

5. The Court shall separately enter judgment but retains jurisdiction over this matter to ensure compliance with this Order.

IT IS SO ORDERED this 3rd day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge